BATTS, 5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/06

MICHAEL HOFFMAN, SUSAN HOFFMAN,
and YAKOV PRAGER, on behalf of themselves
and all others similarly situated,

                Plaintiffs,

vs.

UBS-AG, et al.,

                Defendants.

No. 05 Civ. 6817 (DAB)(JCF)

Member Cases: 05 Civ. 7027 (DAB)(JCF)
                      05 Civ. 8448 (DAB)(JCF)

ECF CASE

DAB 8/8/06

## NOTICE AND [PROPOSED] ORDER OF WITHDRAWAL OF BRADLEY J. BONDI, ESQ.

PLEASE TAKE NOTICE that Bradley J. Bondi, Esquire, admitted *pro hac vice* in the above-captioned matter, is departing the employment of Williams & Connolly LLP and therefore withdraws as counsel for Defendants UBS-AG, UBS Global Asset Management (US) Inc., UBS Global Asset Management (Americas), Inc., UBS Global Asset Management International Ltd., DSI International Management, Inc., and UBS Financial Services Inc. (the "UBS Defendants"). Undersigned counsel shall continue to represent the UBS Defendants in this matter.

Pursuant to Local Civil Rule 1.4, undersigned counsel has conferred with counsel for the Lead Plaintiffs, who have indicated they have no objection to Mr. Bondi's withdrawal as counsel for the UBS Defendants.

Dated: August 3, 2006

Respectfully submitted,

**WILLIAMS & CONNOLLY LLP**

By: _____
John K. Villa (JV-3390)
Christopher N. Manning (CM-4231)

725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

Counsel for Defendants UBS-AG, UBS Global
Asset Management (US) Inc., UBS Global Asset
Management (Americas) Inc., UBS Global Asset
International Ltd., DSI International Management,
Inc., and UBS Financial Services Inc. f/k/a UBS
PaineWebber, Inc.

**SO ORDERED:**

Date: August 8, 2006

_____
Hon. Deborah A. Batts
United States District Judge