# MANDATE

05-CV-6817

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 2 2009

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

HOFFMAN )
        Plaintiffs, )
             )
v.           )    MASTER FILE: 08-5906-cv
             )
UBS-AG, ET AL. )
        Defendants. )

UNITED STATES COURT OF APPEALS FILED MAR 10 2009 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT

## STIPULATION OF DISMISSAL

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn with prejudice, without costs, and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Plaintiffs-Appellants
By their attorney,

*Janine L. Pollack* (signature)

Janine L. Pollack
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119
Phone: (212) 594-5300
Fax: (212) 868-1229

Defendants-Appellees
By their attorney,

*John K. Villa /by JLP with permission* (signature)

John K. Villa
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Phone: (202) 434-5000
Fax: (202) 431-5029

SO ORDERED

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By *Stanley A. Bass* (signature)
Stanley A. Bass, Staff Counsel

March 10, 2009

**CERTIFIED:**

MAR 1 1 2009

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by *Margaret Laux* (signature)
DEPUTY CLERK